**ZBS LAW, LLP**
Nichole L. Glowin, Esq. (SBN 262932)
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
bankruptcy@zbslaw.com

Attorneys for Movant, Clearlake Ventures IV, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Larry Errol Miller,<br><br>        Debtor. | Case No.: 22-21231<br><br>DC No. NLG-1<br><br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**<br><br>HEARING:<br>DATE:   July 26, 2022<br>TIME:   1:30 p.m.<br>PLACE:  United States Bankruptcy Court<br>            501 I Street, Suite 3-200<br>            Sacramento, CA 95814<br>            Courtroom 33 |

I, __Steven Daniels_____, declare under penalty of perjury as follows:

-1-
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

1.     I am a(n) <u>Authority Signatory</u> for Clearlake Ventures IV, LLC ("Movant") and am authorized to sign this Declaration on their behalf. This Declaration is provided in support of Movant's Motion for Relief from the Automatic Stay (hereinafter "Motion") filed contemporaneously herewith.

2.     I make this declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Movant. As a part of my job responsibilities, I have personal knowledge of and am familiar with the types of records maintained by Movant in connection with the loan that is the subject of this Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Movant that pertain to the Loan and extensions of credit given to the Debtors concerning the property securing such Loan.

3.     The information in this declaration is taken from Movant's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Movant's regularly conducted business activities, and (c) it is the regular practice of Movant to make such records.

4.     On or about April 7, 2004, Leslye Rae Miller (the "Borrower") executed a Home Equity Line of Credit Agreement in the principal sum of $50,000.00 (the "Note"). The Note is duly indorsed. Movant, directly or through an agent, has possession of the Note and is entitled to enforce the Note. A copy of the Note is attached to the Exhibits in Support of Movant's Motion for Relief from Stay (Real Property") and Declaration in Support Thereof (collectively the "Exhibits") as **Exhibit 1**.

5.     The Note is secured by a Deed of Trust (the "Deed of Trust") executed by the Borrower encumbering the real property commonly known as 18121 Forest Road, Lakehead, CA 96051 (the "Property") and recorded in the Shasta County Recorder's Office as Instrument No. 2004-0020903. The Note and Deed of Trust are collectively referred to herein as the "Loan." A

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

1　copy of the Deed of Trust is attached to Exhibits in Support of the Motion as **Exhibit 2**.

2　　　　6.　　Movant is the assignee of the beneficial interest under the Deed of Trust. A true and correct copy of the Assignment of Deed of Trust is attached to the Exhibits in Support of the Motion as **Exhibit 3**.

　　　　7.　　Borrower defaulted under the Note and Deed of Trust, and as a result, a Notice of Default and Election to Sell Under Deed of Trust ("NOD") was recorded on title to the Property on May 13, 2021. Thereafter, a Notice of Trustees' Sale was recorded on title to the Property reflecting an initial foreclosure sale date of November 15, 2021 ("NTS"). True and correct copies of the NOD and NTS are attached to the Exhibits in Support of the Motion as **Exhibits 4 and 5**, respectively.

　　　　8.　　Just days before the scheduled foreclosure sale, on November 12, 2021, Debtor Larry Errol Miller ("Debtor"), a relative of the Borrower, filed a skeletal petition under Chapter 13 of the Bankruptcy Code as Case No. 21-23871 ("First Bankruptcy Action"). Debtor failed to proceed with re-organization in the First Bankruptcy Action in good faith and the Chapter 13 Trustee moved for dismissal for failure to make plan payments and complete service of integral documents. The First Bankruptcy Action was dismissed per the request of the Chapter 13 Trustee on April 5, 2022 ("First BK Dismissal Order"). True and correct copies of the Docket for the First Bankruptcy Action and the First BK Dismissal Order are attached to Exhibits in Support of the Motion as **Exhibits 6, and 7**, respectively.

　　　　9.　　Following the dismissal of the First Bankruptcy Action, foreclosure was re-scheduled to occur on May 16, 2022. Two days before the sale, Debtor filed a second skeletal petition under Chapter 13 of the Bankruptcy Code as Case No. 22-21231 to further thwart Movant's foreclosure efforts ("Current Bankruptcy Action").

　　　　10.　On May 31, 2022, Debtor filed his schedules in the Current Bankruptcy Action which reflect the following pertinent information: i) that the Property serves as Debtor's primary residence (Schedule A); ii) that the Property has a fair market value of $255,000.00 (Schedule A); iii) that the Property is encumbered by a first position deed of trust in favor of Chase ("Chase

-3-

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

Deed"), Movant's Deed of Trust and a tax lien in favor of the Franchise Tax Board ("Tax Lien") (Schedule D); iv) that Debtor has $800.00 in disposable income to fund a Plan (Schedule J). True and correct copies of Debtors Schedules A, D and J are attached to the Exhibits in Support of the Motion as **Exhibit 8**.

11. On May 27, 2022, Debtor filed a proposed Chapter 13 Plan in the Current Bankruptcy Action as Docket No. 11 ("Plan"). The Plan lists Movant's claim in Class 4 which is reserved for liens not in default wherein the Debtor will continue making regular monthly payments as required by the loan documents.

12. Since filing the Current Bankruptcy Action Debtor has failed to make any payments to Movant. As of the filing of this Motion, Debtor is contractually due for the March 1, 2014 payment and owes Movant the following post-petition payments:

| PAYMENTS | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 1 | $470.76 | June 25, 2022 | $470.76 |
| | | *Less partial payments (suspense balance):* | $0.00 |
| | | **TOTAL:** | **$470.76** |

An additional payment will come due on July 25, 2022 and on the 25th day of each month thereafter until the Loan is paid in full. A true and correct copy of Movant's Post-Petition Payment History is attached to the Exhibits in Support of the Motion as **Exhibit 9**.

13. As of June 2, 2022, the total outstanding due under the Note is the approximate sum of $79,141.68. This is an approximate amount for the purpose of this Motion only. An exact payoff figure can be obtained upon request.

14. As reflected in Movant's Relief from Stay Coversheet filed concurrently herewith, and taking into account all of the liens encumbering the Property and reasonable costs associated with the sale of the Property, no equity exists in the Property to benefit Debtor or the estate as follows:

    Fair Market Value:              $255,000.00
    Less:
      Chase Deed of Trust:          $216,492.00

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

| | |
|---|---|
| Movant Deed of Trust: | $79,141.68 |
| Tax Lien: | $88,265.91 |
| Equity in the Property: | ($128,899.59) |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 25th day of June, 2022, at Rockwall (city), Texas (state).

*Steven Daniels*

Name: Steven Daniels

Title: Mortgage Analyst Director

-5-

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**