# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Larry Errol Miller,<br>    Debtor. | ) Case No. 22-21231 - E - 13<br>) Docket Control No. NLG-1<br>) Document No. 17<br>) Date: 07/26/2022<br>) Time: 1:30 PM<br>) Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

  The Motion for Relief from the Automatic Stay filed by Clearlake Ventures IV, LLC ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

  **IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed that is recorded against the real property commonly known as 18121 Forest Road, Lakehead, CA 96051 ("Property") to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale to obtain possession of the Property.

  **IT IS FURTHER ORDERED** that the request to terminate the co-debtor stay of Leslye Rae Miller of 11 U.S.C. § 1301(a) is granted to the same extent as provided in the forgoing paragraph granting relief from the automatic stay arising under 11 U.S.C. § 362(a).

  **IT IS FURTHER ORDERED** that the above requested relief pursuant to 11 U.S.C. § 362(d)(4) is denied without prejudice.

  **IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived for cause.

```
[17] - Motion for Relief from Automatic Stay [NLG-1] Filed by Creditor Clearlake Ventures IV, LLC
(Fee Paid $188) (eFilingID: 7111498) (msts) [17] - Motion/Application for Relief from Co-Debtor
Stay [NLG-1] Filed by Creditor Clearlake Ventures IV, LLC (msts)
```

**IT IS FURTHER ORDERED** that Movant's request for attorney's fees is denied without prejudice. Attorney's fees and costs, if any, shall be requested as provided by Federal Rule of Civil Procedure 54 and Federal Rules of Bankruptcy Procedure 7054 and 9014.

No other or additional relief is granted.

Dated: July 28, 2022

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court